# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD BILLIOT and** | ) | |
| **RALPH PELLGRIN** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No.:** _____ |
| **v.** | ) | |
| | ) | |
| **PTL, LLC,** | ) | **Section:** |
| **ANGEL ANNIE, INC.,** | ) | |
| **JERRI G. SMITKO,** | ) | |
| **ROXANNE SEVIN,** | ) | |
| **O'NEIL J. SEVIN, and** | ) | |
| **SYMANTHA A. SEVIN** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____) | | |

## COMPLAINT FOR DAMAGES UNDER THE JONES ACT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Ronald Billiot and Ralph Pellgrin who respectfully represent the following:

## I.

## JURISDICTION

1.     This suit is brought pursuant to the provisions of the Jones Act, 46 U.S.C. 30104, and general maritime law with jurisdiction existing pursuant to 28 U.S.C. § 1331 and/or 28 U.S.C. § 1332.  There is supplementary jurisdiction of any state law claim under 28 U.S.C. § 1362.

## II.

## PARTIES

2.     Plaintiff Ronald Billiot is a person of full age of majority and a resident of Houma in the Parish of Terrebonne, State of Louisiana.

3.      Plaintiff Ralph Pellgrin is a person of full age of majority and a resident of Houma in the Parish of Terrebonne, State of Louisiana.

4.      Named as a Defendants herein are:

    A.      PTL, LLC, a limited liability company organized in and having its headquarters in the State of Louisiana.

    B.      Angel Annie, Inc., a corporation incorporated in and having its corporate headquarters in the State of Louisiana.

    C.      Jerri G. Smitko, a person of the full age of majority residing in the Parish of Terrebonne, State of Louisiana.

    D.      Roxanne Sevin, a person of the full age of majority domiciled and residing in the Parish of Terrebonne, State of Louisiana.

    E.      O'Neil J. Sevin, a person of the full age of majority domiciled and residing in the Parish of Terrebonne, State of Louisiana.

    F.      Symantha A. Sevin, a person of the full age of majority domiciled and residing in the Parish of Terrebonne, State of Louisiana.

### III.

### FACTS

5.      At all times pertinent hereto and at the time of the complaint of injuries, motor vessel Angel Annie was located in navigable waters off the coast of Louisiana.

6.      On or about September 25, 2015 and November 20, 2015, Plaintiff Ronald Billiot was working as a captain on board the motor vessel Angel Annie, a vessel owned and operated by Defendants.

2

7.      On or about September 25, 2015, while in the course of his duties on the vessel, Plaintiff Ronald Billiot passed out and collapsed in the vessel's kitchen due to carbon monoxide poisoning.  As Mr. Billiot collapsed, his head struck the refrigerator with such force that it caused a dent in the appliance.  Mr. Billiot sustained injuries to his head and neck, and was unable to seek immediate medical attention because he was out at sea.  On November 20, 2015, while in the course of his duties, Plaintiff Ronald Billiot passed out and collapsed in the vessel's wheelhouse due to carbon monoxide poisoning.  Mr. Billiot was unable to seek immediate medical attention because he was out at sea.

8.      Plaintiff Ralph Pellgrin was working as a deck hand on board the motor vessel Angel Annie, a vessel owned and operated by Defendants.  From about March 2015 until September 2016, while in the course of his duties, Plaintiff Ralph Pellgrin suffered long-term carbon monoxide poisoning.   Mr. Pellgrin was constantly exposed to carbon monoxide causing illness and injury. During the period of about March 2015 until September 2016, Plaintiff Ralph Pellgrin visited the emergency room each time the vessel returned to port due to the illness caused by carbon monoxide poisoning.  Mr. Pellgrin suffered dizziness, coughing, headaches, and nausea on a daily basis.  In September of 2016, while visiting the emergency room after returning to port on the Angel Annie, Mr. Pellgrin was told he has spots on his lungs.

9.      Defendants and their employee charged with maintenance of the vessel *ANGEL ANNIE* were aware of the carbon monoxide leak.  Upon information and belief, the carbon monoxide leak was at first caused by a broken pipe in the engine room.  After the motor was replaced and the leak finally repaired, Defendants installed a generator designed for outdoor use in an enclosed area, causing carbon monoxide to continue through the vessel.

3

## IV.

### VICARIOUS AND DIRECT LIABILITY

10.     The employee charged with maintaining the Angel Annie was an employee of Defendants.  Any action or inaction on the part of the maintenance employee is the responsibility of Defendants.

## V.

### FIRST CAUSE OF ACTION: NEGLIGENCE

11.     Defendants were negligent in some or all of the following respects:

      A.     Failing to adhere to the legally imposed duty of reasonable care;

      B.     Failing to repair the carbon monoxide leaks;

      C.     Failing to warn Plaintiffs of the risks of carbon monoxide leaks present on the vessel;

      D.     Failing to adequately and properly inspect the vessel for safety conditions;

      E.     Failing to adhere to appropriate safety regulations;

      F.     Failing to provide Plaintiffs with a reasonably safe place to work.

12.     Plaintiffs' injuries were caused by Defendants' negligence.

## VI.

### SECOND CAUSE OF ACTION: UNSEAWORTHINESS

13.     Plaintiffs reaffirm and incorporate by reference all allegations previously set forth herein.

14.     The engine and the generator were not fit for their intended purpose, rendering the vessel unseaworthy.

4

15.     Defendants had an absolute and non-delegable duty to provide a safe place to work and a seaworthy vessel to Plaintiffs Ronald Billiot and Ralph Pellgrin.  The vessel M/V Angel Annie was unsafe and unseaworthy as a result of any or all of the conditions:

      A.     The vessel was not kept free of hazardous conditions;

      B.     The vessel was not, inspected, maintained, and repaired as necessary;

      C.     The vessel was not equipped with ventilation or adequate ventilation.

16.     Plaintiff's injuries were caused by the unseaworthiness of the vessel.

**VII.**

**CAUSATION AND DAMAGES**

17.     Plaintiffs reaffirm and incorporate by reference all allegations previously set forth herein.

18.     The Plaintiffs, as "seamen," are entitled to Maintenance and Care, but Defendants have willfully, recklessly, and without probable and justifiable cause, failed and refused to honor all obligations for all such benefits to Plaintiffs, entitling Plaintiffs to those benefits, punitive damages, and for all other relief allowed by law.  See attached Exhibits A and B.

19.     As a result of the above-described accidents, the Plaintiffs are entitled to all damages allowed by law, including damages for their injuries, including but not limited to head injuries, neck injuries, and other medical illnesses which Plaintiffs have or may suffer in the future.  Plaintiffs are entitled to other damages, including mental and emotional pain and suffering, disability, and loss of enjoyment of life.  Plaintiffs are further entitled to all special damages, including but not limited to all past and future medical expenses, loss of past wages and loss of earnings, and loss of future earnings and future earning capacity, all in amounts that are reasonable in the premises, and for all

other relief allowed by law.

**WHEREFORE**, Plaintiffs Ronald Billiot and Ralph Pellgrin pray that after due proceedings are had, that Judgment be rendered in their favor and against Defendants PTL, LLC, Angel Annie, Inc., Jerri G. Smitko, Roxanne Sevin, O'Neil J. Sevin, and Symantha A. Sevin, awarding to Plaintiffs all compensatory damages, including general and special damages, punitive damages, and all relief allowed by law in amounts that are reasonable in the premises, together with judicial interest and all costs of this proceeding.

Respectfully submitted, this the 9th day of November, 2016,

BY:   RONALD BILLIOT

BY:   RALPH PELLGRIN

BY:   **/S/ George W. Healy, IV**
       GEORGE W. HEALY, IV (La. Bar No. 14991)
       George W. Healy, IV & Associates
       1323 28th Avenue, Suite A
       Gulfport, Mississippi 39501
       (T):   (228) 575-4005
       (F):   (228) 575-4006
       gwhealyiv@aol.com
       ***Attorney for Plaintiffs***

6